**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:19-CR-00268-SDJ-AGD** |
| | § | |
| **JONATHAN EDWARD ANDERSON (1)** | § | |
| | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 60 (sealed).

**PROCEDURAL HISTORY**

On August 6, 2020, United States District Judge Sean D. Jordan sentenced defendant Jonathan Edward Anderson to 84 months of imprisonment followed by five years of supervised release. Dkt. 54. Anderson's term of supervised release commenced on November 5, 2024. Dkt. 60 at 1.

On July 1, 2026, a probation officer petitioned the court for a warrant, alleging that Anderson had violated two conditions of his supervised release. *Id.* at 1–3. Specifically, the petition alleged that Anderson had twice violated a condition that required him to refrain from any unlawful use of a controlled substance. *Id.* at 3. Specifically, the petition asserted that, on May 21 and May 29, 2026, Anderson submitted urine specimens that tested positive for methamphetamine. *Id.* at 2–3.

A final revocation hearing was held before me on July 22, 2026. The government moved to dismiss allegations one and two. Minute Entry for July 22, 2026. Anderson pleaded true to the remaining allegation. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 70. The government requested a sentence of 21 months of imprisonment followed by no supervised release, which is within the federal sentencing policy statements; the defendant agreed. The court then announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, the court recommends that: (1) allegations one and two in the petition for revocation of Anderson's supervised release, Dkt. 60, be dismissed; (2) Anderson's supervised release be revoked based on allegation three in that petition, *id.*; (3) Anderson be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 21 months, to run consecutively to any other term of imprisonment; and (4) Anderson be placed at FCI Forrest City in Forrest City, Arkansas, if appropriate.

So **ORDERED** and **SIGNED** this 28th day of July, 2026.

Bill Davis
United States Magistrate Judge