THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 4:19-CR-00268-SDJ-AGD |
| | § | |
| JONATHAN EDWARD ANDERSON (1) | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations, (Dkt. #71), that Defendant's sentence be twenty-one months of imprisonment without a term of supervised release.

Having received the Report of the United States Magistrate Judge, (Dkt. #71), and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge, (Dkt. #70), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, allegations one and two in the Petition for Revocation of Supervised Release, (Dkt. #60), are dismissed, Defendant is hereby sentenced to twenty-one months of imprisonment, and the Court recommends that Defendant be placed at FCI Forrest City in Forrest City, Arkansas, if appropriate.

**So ORDERED and SIGNED this 13th day of August, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE